**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
harnold@maclaw.com
  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL STOKES,<br><br>                    Plaintiff,<br><br>     vs.<br><br>OLYMPIAN LEISURE SERVICES d/b/a ENTOURAGE VEGAS SPA AND HEALTH CLUB,<br><br>                    Defendant. | Case No.: 2:22-cv-01228-CDS-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

PLEASE TAKE NOTICE that the Parties, Plaintiff MICHAEL STOKES ("Plaintiff"), by and through his counsel of record, the law firms of Garman Turner Gordon and the Sanders Law Group, and Defendant OLYMPIAN LEISURE SERVICES d/b/a ENTOURAGE VEGAS SPA AND HEALTH CLUB ("Defendant"), by and through its counsel of record, the law firm of Marquis Aurbach, hereby stipulate and agree as follows:

1. On August 1, 2022 Plaintiff filed its Complaint.

2. Plaintiff effectuated service upon Defendant on September 1, 2022.

3. An answer or other responsive pleading is currently due on or before September 22, 2022.

4. Plaintiff has agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint up to and including October 24, 2022.

5. This is the first stipulation of time for Defendant to respond to Plaintiff's Complaint.

MAC:10460-008 4843087_1 9/20/2022 1:14 PM

IT IS SO STIPULATED this 20th day of September, 2022.

| | |
|---|---|
| Dated this 20th day of September, 2022. | Dated this 20th day of September, 2022. |
| **GARMAN TURNER GORDON** | **MARQUIS AURBACH** |
| **SANDERS LAW GROUP** | |
| Approved as to Content By: | Submitted By: |
| */s/     Craig Sanders*  | */s/          Harry L. Arnold*  |
| Eric R. Olsen, Esq. | Brian R. Hardy, Esq. |
| Nevada Bar No. 3127 | Nevada Bar No. 10068 |
| 7251 Amigo Dr., Ste. 210 | Harry L. Arnold, Esq. |
| Las Vegas, NV 89119 | Nevada Bar No. 15866 |
| | 10001 Park Run Drive |
| Craig B. Sanders, Esq. | Las Vegas, NV 89145 |
| (*admitted pro hac*) | |
| 100 Garden City Plaza, Ste. 500 | Law Offices of Philip A. Kantor PC |
| Garden City, NY 11530 | Philip A. Kantor, Esq. |
| | Nevada Bar No. 6701 |
| *Attorneys for Plaintiff* | 1781 Village Center Circle, Ste. 120 |
| | Las Vegas, NV 89134 |
| | *Attorneys for Defendant* |

### ORDER

The Stipulation Extending Defendant's time to File an Answer or Otherwise Respond to Plaintiff's Complaint is hereby ORDERED

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED    9-21-2022    _____

MAC:10460-008 4843087_1 9/20/2022 1:14 PM