# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHAEL STOKES, | |
| Plaintiff, | |
| v. | 2:22-cv-01228-CDS-VCF |
| OLYMPIAN LEISURE SERVICES d/b/a ENTOURAGE VEGAS SPA AND HEALTH CLUB, | **ORDER** |
| Defendant(s). | |

Before the court is *Michael Stokes v. Olympian Leisure Services d/b/a Entourage Vegas Spa and Health Club*, case number 2:22-cv-01228-CDS-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before December 22, 2022.

DATED this 9th day of December 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE