UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael Stokes, | Case No. 2:22-cv-01228-CDS-EJY |
| Plaintiff | **Order Directing Parties to File a Proposed Joint Pretrial Order** |
| v. | |
| Olympian Leisure Services d/b/a Entourage Vegas Spa and Health Club, | |
| Defendant | |

      This matter was referred to the magistrate judge for a settlement conference on May 1, 2024. Order, ECF No. 33 at 8. Pursuant to that order, the parties were to file their joint pretrial order thirty days after the conclusion of the settlement conference if the case did not settle. *Id.* On September 30, 2024, Magistrate Judge Maximiliano D. Couvillier, III determined that further settlement conference proceedings would not be a productive use of judicial resources and therefore concluded settlement proceedings. ECF No. 40. As of the date of this order, the parties have not filed a proposed joint pretrial order.

      It is therefore ordered that the parties must prepare and file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by January 31, 2025.

Dated: January 2, 2025

_____
Cristina D. Silva
United States District Judge