UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Michael Stokes,

          Plaintiff

v.

Olympian Leisure Services,

          Defendant

Case No. 2:22-cv-01228-CDS-EJY

**Order Granting Plaintiff's Unopposed Motion to Continue Calendar Call**

[ECF No. 45]

Plaintiff Michael Stokes moves to continue the July 3, 2025 calendar call to July 10 because his counsel is out of the country from June 26 through July 9, 2025. Mot., ECF No. 45. Stokes asserts that because this is a damages-only trial, the parties believe that this request should not impact any other dates. *Id.* at 2. Stokes represents that defendant Olympian Leisure Services is not opposed. *Id.* Because it appears that a short continuance of the calendar call will not cause a delay in the trial, this request is granted. The trial date remains on July 14, 2025.

Stokes's counsel also seeks to attend the calendar call remotely because (1) he resides in New York, and (2) the cost of his appearance will be borne by Olympian making his in-person appearance unnecessary and possibly unrecoverable. *Id.* I do not find this to be an unreasonable request under these circumstances. Counsel is directed to contact courtroom administrator Denise Saavedra at denise_saavedra@nvd.usourts.gov to obtain the Zoom link and information.

**Conclusion**

IT IS HEREBY ORDERED that Stokes's motion to continue the calendar call **[ECF No. 45] is GRANTED**. The calendar call currently scheduled for July 3, 2025, is vacated and continued to July 10, 2025, at 10:00 a.m. in LV Courtroom 6B.

Dated: June 4, 2025

_____
Cristina D. Silva
United States District Judge